Berkley Law Office
4700 S. Mill Ave., Ste 7
Tempe, AZ 85282
Telephone: (480) 921-2993
Facsimile: (480) 820-2929
E-mail: mjberkley@yahoo.com
Martin J. Berkley # 20107
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Mario Javier Cuneo | Chapter 7 |
| Ann Nicholson Cuneo, | Case No: 2-10-bk-17520-CGC |
| Debtors, | MOTION FOR RECONSIDERATION OF ORDER OF DISMISSAL |

The Debtors, through Counsel, Martin J. Berkley, move for Reconsideration or Withdrawal of the Order Of Dismissal entered in the above-captioned case, and state as follows:

1. The Court entered its Order of Dismissal on June 22, 2010, for the reason that the Debtor failed to file Deficient filings with Court within the time prescribed by law.

2. This case was filed as an emergency filing on June 4, 2010, to stop a foreclosure of the family residence on June 4, 2010.

3. The Debtor filed all deficient filings on June 29, 2010.

WHEREFORE, the Debtor(s) pray that the Court enter its Order Reinstating Case, and for such other relief as may be deemed just and proper.

Dated: June 29, 2010

/s/ Martin J. Berkley

Martin J. Berkley, Attorney for Debtor(s)

Copy mailed June 29, 2010 to:
Dale D. Ulrich, Chapter 7 Trustee,
PMB 615
1928 E. Highland, Ste. F104
Phoenix, AZ 85016-4626                    /s/ Martin J. Berkley